## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER WILLIAMS,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 22-114 (EGS)** |
| **DISTRICT OF COLUMBIA,** *et al.*, | |
| **Defendants.** | |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants the District of Columbia (the District), Council Chairman Phil Mendelson, Councilmembers Charles Allen, Anita Bonds, Mary M. Cheh, Vincent C. Gray, Christina Henderson, Janeese Lewis George, Kenyan R. McDuffie, Brianne K. Nadeau, Brooke Pinto, Elissa Silverman, Robert C. White, Jr., and Trayon White, Sr., and Secretary to the Council Nyasha Smith (collectively, defendants) move for an extension of time to respond to plaintiff's Complaint. On January 18, 2022, plaintiff filed his Complaint [1]. Service on the District was effected on April 26, 2022, and service on all other defendants was effected on April 27, 2022. The deadline to respond for the District is currently May 17, 2022, and the deadline to respond for all other defendants is currently May 18, 2022. Defendants jointly seek until June 17, 2022, to file their responses. Good cause exists to justify an extension of time. Plaintiff's complaint raises a number of substantive issues that defendants require additional time to carefully consider and address in full. The requested extension will enable defendants to fully assess plaintiff's Complaint and provide a complete response to all claims raised amid undersigned counsel's competing obligations. A memorandum of points and authorities and a proposed order are attached.

As provided under Local Civil Rule 7(m), undersigned counsel attempted to contact plaintiff by phone and via email several times over the past two days to seek consent for this motion but has been unable to reach plaintiff to discuss.

Dated:  May 12, 2022.                              Respectfully submitted,

KARL A. RACINE                                     NICOLE L. STREETER
Attorney General for the District of Columbia      General Counsel

CHAD COPELAND                                      */s/ Daniel P. Golden*
Deputy Attorney General                            DANIEL P. GOLDEN [489689]
Civil Litigation Division                          Deputy General Counsel
                                                   Council of the District of Columbia
*/s/ Fernando Amarillas*                           1350 Pennsylvania Avenue, N.W., Suite 4
FERNANDO AMARILLAS [974858]                        Washington, D.C. 20004
Assistant Deputy Attorney General                  (202) 724-8026
                                                   (202) 724-8129 (fax)
*/s/ Shani C. Brown*                               dgolden@dccouncil.us
SHANI C. BROWN [1617726]
MICAH BLUMING [1618961]                            *Counsel for Council Chairman Phil*
Assistant Attorneys General                        *Mendelson, Councilmembers Charles Allen,*
Equity Section                                     *Anita Bonds, Mary M. Cheh, Vincent C. Gray,*
400 Sixth Street, N.W., Suite 10100                *Christina Henderson, Janeese Lewis George,*
Washington, D.C. 20001                             *Kenyan R. McDuffie, Brianne K. Nadeau,*
(202) 727-6606                                     *Brooke Pinto, Elissa Silverman, Robert C.*
(202) 741-0554 (fax)                               *White, Jr., and Trayon White, Sr., and*
shani.brown1@dc.gov                                *Secretary to the Council Nyasha Smith*

*Counsel for the District of Columbia*