UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER WILLIAMS,** <br><br> Plaintiff, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> Defendants. | Civil Action No. 22-114 (EGS) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

In support of their motion for an extension of time to respond to plaintiff's Complaint, defendants submit the following:

1. Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure;

2. Defendants' showing of good cause in support of the motion; and

3. The inherent power of the Court.

The Court may extend a deadline to respond to a complaint upon the showing of good cause. Fed. R. Civ. P. 6(b)(1)(A). Good cause exists where there is a "valid reason for the delay." *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012). Here, for good cause, defendants seek an extension until June 17, 2022, for their responses to plaintiff's Complaint as defendants require the additional time to fully review and address all claims raised in the Complaint amid undersigned counsel's competing obligations. This is defendants' first request for an extension of time to respond to plaintiff's Complaint. The requested extension will not prejudice plaintiff or unduly delay the resolution of this matter, but rather will allow defendants sufficient time to address the

many substantive issues raised in plaintiff's Complaint. Accordingly, defendants request that the Court grant this motion and enter the proposed order.

| | |
|---|---|
| Dated:  May 12, 2022. | Respectfully submitted, |
| KARL A. RACINE<br>Attorney General for the District of Columbia | NICOLE L. STREETER<br>General Counsel |
| CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division | */s/ Daniel P. Golden*<br>DANIEL P. GOLDEN [489689]<br>Deputy General Counsel<br>Council of the District of Columbia<br>1350 Pennsylvania Avenue, N.W., Suite 4<br>Washington, D.C. 20004 |
| */s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Assistant Deputy Attorney General | |
| */s/ Shani C. Brown*<br>SHANI C. BROWN [1617726]<br>MICAH BLUMING [1618961]<br>Assistant Attorneys General<br>Equity Section<br>400 Sixth Street, N.W., Suite 10100<br>Washington, D.C. 20001<br>(202) 727-6606<br>(202) 741-0554 (fax)<br>shani.brown1@dc.gov | *Counsel for Council Chairman Phil Mendelson, Councilmembers Charles Allen, Anita Bonds, Mary M. Cheh, Vincent C. Gray, Christina Henderson, Janeese Lewis George, Kenyan R. McDuffie, Brianne K. Nadeau, Brooke Pinto, Elissa Silverman, Robert C. White, Jr., and Trayon White, Sr., and Secretary to the Council Nyasha Smith* |
| *Counsel for the District of Columbia* | |