UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER WILLIAMS,**  Plaintiff,  v.  **DISTRICT OF COLUMBIA,** *et al.*,  Defendants. | Civil Action No. 22-114 (EGS) |

## ORDER

Upon consideration of defendants' Motion for an Extension of Time to Respond to Plaintiff's Complaint (Motion), and the entire record, it is this _____ day of _____, 2022,

**ORDERED** that defendants' Motion is **GRANTED**, and it is further

**ORDERED** that defendants' deadline to respond to plaintiff's Complaint shall be June 17, 2022.

_____
THE HONORABLE EMMET G. SULLIVAN
Judge, United States District Court
    for the District of Columbia