UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER WILLIAMS,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 22-114 (EGS)** |
| **DISTRICT OF COLUMBIA,** *et al.*, | |
| **Defendants.** | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk shall please enter the appearance of Assistant Attorney General Amanda

Pescovitz and withdraw the appearance of Micah Bluming as counsel for defendant the District

of Columbia.

Dated: February 16, 2023.                    Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Interim Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section

*/s/ Amanda C. Pescovitz*
AMANDA C. PESCOVITZ [1735780]*
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001

---

*        Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver).
Practicing under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant
to D.C. App. R. 46-A(d)(2).

2

Phone: (202) 805-7495
amanda.pescovitz1@dc.gov

*Counsel for Defendant District of Columbia*